# EXHIBIT 3

## Request Details

| | |
|---|---|
| Control Number | COW2025001246 |
| Date Submitted | 02/19/2025 |
| Request Type | FOIA Request |

## Request Status

| | |
|---|---|
| Place in Queue | 1304 of 1682 pending requests |
| Status | Files Received |
| Estimated Completion Date | 03/28/2025 |

Note: This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.

For more information about making a FOIA/PA request or submitting an Administrative Appeal, please see the link How to Request Records through the Freedom of Information Act or Privacy Act (uscis.gov) .


**Received**
The request was received by USCIS.


**In Process**
USCIS is performing activities such as reviewing the request, searching for records, and preparing records for release.


**Completed**
USCIS completed processing the request, and a letter was sent to the requester explaining the actions taken