JS 44C/SDNY
REV. 12/04/2024

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                      DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)             ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No ☐ Yes ☐  _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. ☐   Invol. ☐   Dismissed.  No ☐   Yes ☐   If yes, give date _____ & Case No. _____

**Is this an international arbitration case?**     No ☐     Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                        **NATURE OF SUIT**

                                    TORTS                                                         ACTIONS UNDER STATUTES

**CONTRACT**           **PERSONAL INJURY**         **PERSONAL INJURY/**         **FORFEITURE/PENALTY**    **BANKRUPTCY**              **OTHER STATUTES**

[ ] 110 INSURANCE      [ ] 310 AIRPLANE            [ ] 367 HEALTHCARE/          [ ] 625 DRUG RELATED       [ ] 422 APPEAL             [ ] 375 FALSE CLAIMS
[ ] 120 MARINE         [ ] 315 AIRPLANE PRODUCT        PHARMACEUTICAL PERSONAL      SEIZURE OF PROPERTY         28 USC 158            [ ] 376 QUI TAM
[ ] 130 MILLER ACT             LIABILITY               INJURY/PRODUCT LIABILITY     21 USC 881             [ ] 423 WITHDRAWAL         [ ] 400 STATE
[ ] 140 NEGOTIABLE     [ ] 320 ASSAULT, LIBEL &   [ ] 365 PERSONAL INJURY       [ ] 690 OTHER                  28 USC 157                    REAPPORTIONMENT
        INSTRUMENT             SLANDER                 PRODUCT LIABILITY                                                               [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF    [ ] 330 FEDERAL            [ ] 368 ASBESTOS PERSONAL                                **PROPERTY RIGHTS**        [ ] 430 BANKS & BANKING
        OVERPAYMENT &          EMPLOYERS'                 INJURY PRODUCT                                                               [ ] 450 COMMERCE
        ENFORCEMENT            LIABILITY                  LIABILITY                                                                    [ ] 460 DEPORTATION
        OF JUDGMENT    [ ] 340 MARINE                                                                       [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT   [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT   [ ] 345 MARINE PRODUCT     **PERSONAL PROPERTY**                                    [ ] 830 PATENT                     ENCED & CORRUPT
[ ] 152 RECOVERY OF            LIABILITY          [ ] 370 OTHER FRAUD                                       [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION          ORGANIZATION ACT
        DEFAULTED      [ ] 350 MOTOR VEHICLE      [ ] 371 TRUTH IN LENDING                                  [ ] 840 TRADEMARK                                       (RICO)
        STUDENT LOANS  [ ] 355 MOTOR VEHICLE                                                                                                                [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)        PRODUCT LIABILITY                                                            **SOCIAL SECURITY**                            [ ] 485 TELEPHONE CONSUMER
[ ] 153 RECOVERY OF    [ ] 360 OTHER PERSONAL     [ ] 380 OTHER PERSONAL        **LABOR**                                                                          PROTECTION ACT
        OVERPAYMENT            INJURY                     PROPERTY DAMAGE                                   [ ] 861 HIA (1395ff)
        OF VETERAN'S   [ ] 362 PERSONAL INJURY -  [ ] 385 PROPERTY DAMAGE       [ ] 710 FAIR LABOR          [ ] 862 BLACK LUNG (923)      [ ] 490 CABLE/SATELLITE TV
        BENEFITS               MED MALPRACTICE            PRODUCT LIABILITY             STANDARDS ACT      [ ] 863 DIWC/DIWW (405(g))     [ ] 850 SECURITIES/
[ ] 160 STOCKHOLDERS                                                            [ ] 720 LABOR/MGMT          [ ] 864 SSID TITLE XVI                COMMODITIES/
        SUITS                                     **PRISONER PETITIONS**                RELATIONS         [ ] 865 RSI (405(g))                   EXCHANGE
[ ] 190 OTHER                                     [ ] 463 ALIEN DETAINEE        [ ] 740 RAILWAY LABOR ACT
        CONTRACT                                  [ ] 510 MOTIONS TO            [ ] 751 FAMILY MEDICAL     **FEDERAL TAX SUITS**         [ ] 890 OTHER STATUTORY
[ ] 195 CONTRACT       **ACTIONS UNDER STATUTES**        VACATE SENTENCE         LEAVE ACT (FMLA)                                                ACTIONS
        PRODUCT                                           28 USC 2255                                       [ ] 870 TAXES (U.S. Plaintiff or   [ ] 891 AGRICULTURAL ACTS
        LIABILITY      **CIVIL RIGHTS**            [ ] 530 HABEAS CORPUS         [ ] 790 OTHER LABOR                Defendant)
[ ] 196 FRANCHISE                                  [ ] 535 DEATH PENALTY             LITIGATION             [ ] 871 IRS-THIRD PARTY      [ ] 893 ENVIRONMENTAL
                       [ ] 440 OTHER CIVIL RIGHTS  [ ] 540 MANDAMUS & OTHER     [ ] 791 EMPL RET INC                26 USC 7609                   MATTERS
                               (Non-Prisoner)                                           SECURITY ACT (ERISA)                              [ ] 895 FREEDOM OF
**REAL PROPERTY**      [ ] 441 VOTING                                                                                                             INFORMATION ACT
                       [ ] 442 EMPLOYMENT                                        **IMMIGRATION**                                          [ ] 896 ARBITRATION
[ ] 210 LAND            [ ] 443 HOUSING/           **PRISONER CIVIL RIGHTS**                                                              [ ] 899 ADMINISTRATIVE
        CONDEMNATION           ACCOMMODATIONS                                    [ ] 462 NATURALIZATION                                           PROCEDURE ACT/REVIEW OR
[ ] 220 FORECLOSURE    [ ] 445 AMERICANS WITH      [ ] 550 CIVIL RIGHTS                 APPLICATION                                               APPEAL OF AGENCY DECISION
[ ] 230 RENT LEASE &           DISABILITIES -      [ ] 555 PRISON CONDITION     [ ] 465 OTHER IMMIGRATION
        EJECTMENT              EMPLOYMENT          [ ] 560 CIVIL DETAINEE               ACTIONS                                           [ ] 950 CONSTITUTIONALITY OF
[ ] 240 TORTS TO LAND  [ ] 446 AMERICANS WITH              CONDITIONS OF CONFINEMENT                                                              STATE STATUTES
[ ] 245 TORT PRODUCT           DISABILITIES -OTHER
        LIABILITY      [ ] 448 EDUCATION
[ ] 290 ALL OTHER
        REAL PROPERTY

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION
  UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____    OTHER _____        JUDGE _____    DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND:   ☐ YES     ☐ NO       NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*　　　　　　　　　　**ORIGIN**

[ ] 1 Original Proceeding　　[ ] 2 Removed from State Court　　[ ] 3 Remanded from Appellate Court　　[ ] 4 Reinstated or Reopened　　[ ] 5 Transferred from (Specify District)　　[ ] 6 Multidistrict Litigation (Transferred)　　[ ] 7 Appeal to District Judge from Magistrate Judge

　　　　　　　　　　[ ] a. all parties represented
　　　　　　　　　　[ ] b. At least one party is pro se.

[ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*　　　**BASIS OF JURISDICTION**　　　*IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF　　[ ] 2 U.S. DEFENDANT　　[ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)　　[ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:




**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:　　THIS ACTION SHOULD BE ASSIGNED TO:　　[ ] WHITE PLAINS　　[ ] MANHATTAN

DATE　　　　　　　　　　　　　　　　　　　　　　　ADMITTED TO PRACTICE IN THIS DISTRICT
　　　　　　SIGNATURE OF ATTORNEY OF RECORD　　　[ ] NO
　　　　　　　　　　　　　　　　　　　　　　　　　　[ ] YES (DATE ADMITTED  Mo. _____ Yr. _____)
RECEIPT #　　　　　　　　　　　　　　　　　　　　 Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)