UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | Case No. 25-cv-02133-ALC |

**[PROPOSED] ORDER**

UPON CONSIDERATION OF Plaintiff's Motion for a Preliminary Injunction, all Oppositions and Replies thereto, any hearing on the matter, and the entire record, it is hereby

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction is **GRANTED**. It is further

**ORDERED** that Defendant shall expedite processing of Plaintiff's FOIA Request and promptly produce the Benefits Pause Memo.

DATED: _____, 2025
          New York, New York

                                              _____
                                              HON. ANDREW L. CARTER, JR.
                                              United States District Judge