UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>     Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>     Defendant. | Case No. 25-cv-02133-ALC |

## ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

UPON CONSIDERATION OF Plaintiff's Complaint, Motion for a Preliminary Injunction, and the entire record, it is hereby

**ORDERED** that the above-named Defendant show cause before a motion term of this Court, at Room 444, United States Courthouse, 40 Foley Square, New York, NY 10007, on April 1, 2025, at 2:00 p.m., why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendant to expeditiously process Plaintiff's FOIA Request and promptly produce the Benefits Pause Memo; and it is further

**ORDERED** that answering papers, if any, must be served by email on Plaintiff's attorneys of record in this action no later than March 24, 2025, and reply papers, if any, must be served by hand or email upon Defendant's attorneys no later than March 27, 2025; and it is further

**ORDERED** that personal service of a copy of this order and annexed affidavit upon the Defendant or its counsel on or before 11:00 a.m. on March 18, 2025 shall be deemed good and sufficient service thereof.

DATED: March 17, 2025
      New York, New York

_____
HON. ANDREW L. CARTER, JR.
United States District Judge