AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Asylum Seeker Advocacy Project ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25 Civ. 2133 (ALC) |
| U.S. Citizenship and Immigration Services ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Citizenship and Immigration Services.

Date:  03/20/2025

/s/ Peter Aronoff
*Attorney's signature*

Peter Aronoff, NY bar no. 5070669
*Printed name and bar number*

U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

peter.aronoff@usdoj.gov
*E-mail address*

(212) 637-2697
*Telephone number*

(212) 637-2717
*FAX number*