

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

March 24, 2025

**Control Number: COW2025001246**

Jessica Hanson
Asylum Seeker Advocacy Project
228 Park Ave S #84810
New York, NY 10003

Dear Jessica Hanson:

This letter is in response to your request for records under the Freedom of Information Act (FOIA) or Privacy Act (PA), which was received on February 19, 2025, regarding USCIS Memorandum dated February 14, 2025 issued by Acting Deputy Director for USCIS, Andrew Davidson, ordering an agency-wide administrative pause on all pending benefit requests filed by parolees who entered the United States through three parole programs: Uniting for Ukraine; CHNV Program for certain Cubans, Haitians, Nicaraguans, and Venezuelans; and Family Reunification Parole.

This is to inform you that your request has been approved for Expedited Treatment.

If you have any questions, please contact Assistant United States Attorney Peter Aronoff at Peter.Aronoff@usdoj.gov.

Sincerely,

James A Baxley
Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit