

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 1, 2025

**VIA ECF**
Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Asylum Seeker Advocacy Project v. U.S. Citizenship and Immigration Services*, 25 Civ. 2133 (ALC)

Dear Judge Carter:

    I write jointly with counsel for plaintiff in this Freedom of Information Act (FOIA) case to provide a status report.

    Last Monday, the government granted plaintiff's request for expedited processing (the only issue in this litigation). The next day, the government produced to plaintiff a complete, unredacted copy of the single record requested. On Wednesday, USCIS uploaded the record to its FOIA reading room. The merits issues both in this lawsuit and for plaintiff's underlying FOIA request are therefore resolved.

    Plaintiff has informed the government that it wishes to seek attorneys' fees and costs. Last Friday, plaintiff provided the government with a demand and supporting records. The government is now evaluating these materials to determine its response. The parties intend to discuss plaintiff's demand and see whether it is possible to resolve it without litigation. We therefore respectfully propose filing a joint status report in 30 days, or by May 1, 2025.

    The parties thank the Court for its consideration of this submission.

Respectfully,

MATTHEW PODOLSKY
Acting United States Attorney

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 1, 2025
New York, NY

By:   */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
*Counsel for Defendant*

cc (via ECF):  Counsel for plaintiff