U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 1, 2025

**VIA ECF**

Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Asylum Seeker Advocacy Project v. U.S. Citizenship and Immigration Services*,
      25 Civ. 2133 (ALC)

Dear Judge Carter:

     I write jointly with counsel for plaintiff in this Freedom of Information Act (FOIA) case to provide a status report. As our last status report explained, the merits of this action and the underlying FOIA request are resolved, and the only remaining issue is plaintiff's claim for attorneys' fees and costs. Shortly before the last status report, plaintiff provided the government with a demand and supporting records. Since that time, the government has evaluated the claim, and has responded to plaintiff's demand. The parties intend to continue our discussions to see whether it is possible to resolve the claim without litigation. We therefore respectfully propose filing a joint status report in one month, or by June 2, 2025.

     The parties thank the Court for its consideration of this submission.

Respectfully,

JAY CLAYTON
United States Attorney

By:   */s/ Peter Aronoff*
      PETER ARONOFF
      Assistant United States Attorney
      86 Chambers Street, 3rd floor
      New York, NY 10007
      *Counsel for Defendant*

cc (via ECF):  Counsel for plaintiff